```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

| | |
|---|---|
| LARRY ROY, | : |
| (AIS #192299) | |
| | : |
|    Plaintiff, | |
| | : |
| vs. |        CIVIL ACTION 11-0694-WS-M |
| | : |
| CORRECTIONAL MEDICAL | |
| SERVICES, et al., | : |
| | |
|    Defendants. | : |

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 16th day of July, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE