```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

LARRY ROY,                         :
(AIS #192299)
                                   :
    Plaintiff,
                                   :
vs.                                          CIVIL ACTION 11-0694-WS-M
                                   :
CORRECTIONAL MEDICAL
SERVICES, et al.,                  :

    Defendants.                    :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 16th day of July, 2012.

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE