```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

LARRY ROY,                              :
(AIS #192299)
                                        :
   Plaintiff,
                                        :
vs.                                          CIVIL ACTION 11-0694-WS-M
                                        :
CORRECTIONAL MEDICAL
SERVICES, et al.,                       :

   Defendants.                          :

<u>JUDGMENT</u>

    It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

    DONE this 16th day of July, 2012.

                                        s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE