```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

LARRY ROY,  :

    Plaintiff,

:

vs.

:          CIVIL ACTION 11-0694-WS-M

CORRECTIONAL MEDICAL
SERVICES, INC., et al.,  :

    Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that the plaintiff's motion for leave to appeal *in forma pauperis* is hereby **DENIED** because the appeal is frivolous, without arguable merit and not taken in good faith.

DONE this 20th day of August, 2012.


                              <u>s/WILLIAM H. STEELE</u>
                              CHIEF UNITED STATES DISTRICT JUDGE