```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

LARRY ROY,                            :

    Plaintiff,                    :

vs.                                   :            CIVIL ACTION 11-0694-WS-M

CORRECTIONAL MEDICAL
SERVICES, INC., et al.,               :

    Defendants.

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that the plaintiff's motion for leave to appeal *in forma pauperis* is hereby **DENIED** because the appeal is frivolous, without arguable merit and not taken in good faith.

DONE this 20th day of August, 2012.


                                        s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE